JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY M. RIVERA,<br><br>            Petitioner,<br><br>      v.<br><br>DAVID HOLBROOK, Warden,<br><br>           Respondent. | Case No. SACV 22-1162-JGB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: October 4, 2024

JESUS G. BERNAL
U.S. DISTRICT JUDGE